Besse C. Clark, Appellant, v. The Metropolitan Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

August Peschmanns, Respondent, v. George B. Hayes, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Laughlin, J., dissented.

The People of the State of New York, Respondent, v. Ernest Tribelhorn, Appellant.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John Williams and Another, Appellants, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Tillie Wacht, Respondent, v. The Twenty-eighth Street and Seventh Avenue Realty Company and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Isidore Brandes, an Infant, by Harry Brandes, His Guardian ad Litem, Respondent, v. Bradley Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John Martinkovics, Respondent, v. Lehigh Coal and Navigation Company, Appellant.— Judgment and order affirmed on authority of *Andriuszis* v. *Philadelphia & Reading Coal & Iron Co.* (172 App. Div. 350). Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Ingraham, P. J., dissented.

Frederick A. Jones, Respondent, v. William E. Woodin and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. George Garfalo, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Alvey Manufacturing Company, Appellant, v. Interboro Brewing Company, Inc., Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

William J. Dempsey, Respondent, v. Northeastern Construction Company and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.